560

*Lamb* for petitioners. *Mr. Frank Y. Gladney* for respondent.

No. 56. Hopkins *v.* Commissioner of Internal Revenue. October 8, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. Herbert Pope* and *George A. Carpenter* for petitioner. *Solicitor General Biggs, Assistant Attorney General Wideman,* and *Messrs. James W. Morris* and *Andrew D. Sharpe* for respondent.

No. 57. Wabash Railway Co. *v.* Hiatt, Administratrix. October 8, 1934. Petition for writ of certiorari to the Supreme Court of Missouri denied. *Messrs. N. S. Brown* and *Homer Hall* for petitioner. *Mr. John S. Marsalek* for respondent.

No. 58. Dixon *v.* Commissioner of Internal Revenue. October 8, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. Ellsworth C. Alvord* and *Elwood G. Godman* for petitioner. *Solicitor General Biggs, Assistant Attorney General Wideman,* and *Messrs. Erwin N. Griswold* and *James W. Morris* for respondent.

No. 59. Chicago & Northwestern Ry. Co. *v.* Wilcox Co. et al. October 8, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. Samuel H. Cady, William T. Far-*